UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20814
  RENEE C COLE

                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

              Debtor
  SSN XXX-XX-9652


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 11/07/07 .

     2.   The case was dismissed without confirmation, 02/01/2008.


--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AFFILIATED FINANCIAL COR | SECURED VEHIC | NOT FILED | .00 | .00 |
| ILLINOIS SECRETARY OF ST | PRIORITY | NOT FILED | .00 | .00 |
| VALLEY AMBULATORY | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| HEALTHGUARD MEDICAL NETW | UNSECURED | NOT FILED | .00 | .00 |
| SURGERY GROUP | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| ATLANTIC MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| DOCTORS DIAGNOSTIC CENTE | UNSECURED | NOT FILED | .00 | .00 |
| FAIR COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR PROTECTION ASSO | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR PROTECTION ASSO | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| AMCA | UNSECURED | NOT FILED | .00 | .00 |
| K MART CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| HEALTHGUARD MEDICAL NETW | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE GLASS | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CREDIT BANK | UNSECURED | NOT FILED | .00 | .00 |

```
FIRST PREMIER BANK          UNSECURED     NOT FILED              .00          .00
HILCO RECEIVABLES LLC       UNSECURED     NOT FILED              .00          .00
MIDLAND CREDIT MGMT         UNSECURED     NOT FILED              .00          .00
NCO FINANCIAL SYSTEMS       UNSECURED     NOT FILED              .00          .00
NICOR GAS                   UNSECURED     NOT FILED              .00          .00
RECEIVABLES MANAGEMENT I    UNSECURED     NOT FILED              .00          .00
RECEIVABLES MANAGEMENT I    UNSECURED     NOT FILED              .00          .00
CITIBANK                    UNSECURED     NOT FILED              .00          .00
CITIBANK                    UNSECURED     NOT FILED              .00          .00
CERTEGY CHECK SERVICES I    UNSECURED     NOT FILED              .00          .00
VILLAGE OF NORTH AURORA     UNSECURED     NOT FILED              .00          .00
NATIONAL CITY BANK          UNSECURED     NOT FILED              .00          .00
WELLGROUP HEALTH            UNSECURED     NOT FILED              .00          .00
COMED                       UNSECURED     NOT FILED              .00          .00
ATLANTIC MANAGEMENT         UNSECURED     NOT FILED              .00          .00
```

Summary of disbursements:

---

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED | .00     | .00      | .00       | .00   | .00   |
| PRINCIPAL PAID     | .00     | .00      | .00       | .00   | .00   |
| INTEREST PAID      | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID         | .00     | .00      | .00       | .00   | .00   |

The Debtor's attorney, PRO SE DEBTOR                    , was allowed $        .00
and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $      .00 .


        Dated: 05/20/08                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

```
                              PAGE  3
CASE NO. 07 B 20814 RENEE C COLE
```